1 | BENJAMIN B. WAGNER
United States Attorney
2 | MIA A. GIACOMAZZI
ANGELA SCOTT
3 | Assistant United States Attorney
2500 Tulare Street, Suite 4401
4 | Fresno, CA 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6

7 | Attorneys for Plaintiff
United States of America

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,            CASE NO. 1:14-CR-235 LJO SKO

13 |                Plaintiff,            JOINT REQUEST AND ORDER TO CONTINUE
                                          MOTION TO SUPPRESS HEARING
14 |        v.

15 | DARRIN WAGNER,

16 |                Defendant.

17

18    The parties, by and through their respective counsel, Assistant United States Attorney Mia. A.

19 Giacomazzi and Assistant United States Attorney Angela Scott, counsel for plaintiff United States of

20 America, and Roger Litman, counsel for defendant Darrin Wagner, hereby stipulate and jointly request

21 the Court to continue the hearing on the motion to suppress currently set for May 11, 2015 to May 26,

22 2015.

23    The reasons for the continuance of the hearing are as follows:  After the defense filed the motion

24 to suppress, the government conducted research into the motion.  The government wanted to meet and

25 confer to discuss the motion with the defense counsel prior to filing its written response based on the

26 information obtained.  In addition, the government provided the defense with a plea agreement and

27 pursued plea negotiations.  Mr. Litman was on vacation during the time period that the government was

28 investigating the claims in the motion to suppress and during the time period for which the plea offer

1

1  was open.  On Friday, May 1, 2015, the government had the opportunity to meet and confer with Mr.
2  Litman on issues related to the motion to suppress.  On Sunday, May 3, 2015, Mr. Litman advised the
3  government that Mr. Wagner rejected the government's plea offer.  Mr. Litman agreed to a continuance
4  to allow the government to prepare its written response and the parties agreed that March 26, 2015
5  would be the best date for both parties to appear at the hearing.
6      The parties agree that the delay resulting from the continuance shall be excluded in the interest of
7  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
8  3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
9  best interests of the public and the defendant in a speedy trial.

Dated: May 4 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Mia Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney

Dated: May 4, 2015

/s/ Roger Litman
ROGER LITMAN
Counsel for Defendant

PROPOSED ORDER

For good cause appearing, this Court CONTINUES the May 11, 2015 motion to suppress hearing to May 26, 2015 at 9:30 a.m.

Dated: May 5, 2015          /s/ Lawrence J. O'Neill

                            UNITED STATES DISTRICT JUDGE