ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721

Telephone:  (559) 237-6000

Attorney for Defendant, DARRIN WAGNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:14-CR-00235-LJO/SKO |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **TO CONTINUE SENTENCING** |
| ) | |
| DARRIN WAGNER, ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing date calendared for October 26, 2015 be continued to November 30, 2015 at 8:30 a.m. before the Hon. Lawrence J. O'Neill, that informal objections to the draft probation report are due by November 2, 2015, and any formal objections are to be filed with the court by November 16, 2015.

This stipulation is necessitated by the fact that defense counsel did not receive, or have an opportunity to read, the draft probation report relating to Mr. Wagner due to health related issues, for which defense counsel has now been referred to a specialist, and a day of religious observation until September 23, 2015.  The additional time will be sufficient for defense counsel to review the draft PSR with his client and submit any appropriate informal objections.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I)

1

DATED: September 28, 2015        /s/ Mia Giacomazzi
                                 MIA GIACOMAZZI
                                 Assistant United States Attorney
                                 This was agreed to by Ms. Giacomazzi
                                 via email on September 28, 2015


DATED: September 28, 2015        /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 DARRIN WAGNER

IT IS SO ORDERED.

   Dated:   **September 29, 2015**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE